**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00086-CV**

_____

**IN RE MICHAEL DAVID BELLOW JR.**

**Original Proceeding**
**317th District Court of Jefferson County, Texas**
**Trial Cause No. C-227,217**

**MEMORANDUM OPINION**

In a petition for issuance of a writ of mandamus, Michael David Bellow Jr. complains that the trial court abused its discretion by modifying temporary orders in a suit to modify the parent-child relationship. As relief, Bellow requests that we stay enforcement proceedings and order the trial court to vacate the temporary orders issued on January 9, 2018. After reviewing the petition and appendix, we conclude Bellow has not shown that he is entitled to the relief requested. Accordingly, we deny the petition. *See* Tex. R. App. P. 52.8(a).

1

PETITION DENIED.


                                        PER CURIAM


Submitted on March 21, 2018
Opinion Delivered March 22, 2018

Before Kreger, Horton, and Johnson, JJ.